**A. W. KROESCHE, appellant, v. The STATE of Texas, Appellee.**

**No. 9863.**

*Court of Civil Appeals of Texas. Austin.*

March 22, 1950.

Geo. H. Spencer and Theo. F. Weiss, San Antonio, Davis, Clemens, Knight & Weiss, of San Antonio, of counsel, for appellant.

Price Daniel, Atty. Gen. of Texas, Charles D. Mathews, Executive Asst. Atty. Gen., Willis E. Gresham, Walter F. Woodul, Jr., Edwin N. Bell, Asst. Attys. Gen., for appellee.

ARCHER, Chief Justice.

This is a companion case to Perfecto Gas Company v. State, this day decided by this court, 228 S.W.2d 918, and presents the same questions decided by us in that case. For the reasons stated in that opinion, which is here referred to and adopted, the judgment of the trial court in this case is affirmed.

Affirmed.